

# Fourth Court of Appeals
## San Antonio, Texas

June 25, 2018

No. 04-18-00331-CV

**CITY OF PEARSALL**,
Appellant

v.

Sergio **CORREA**,
Appellee

From the 218th Judicial District Court, Frio County, Texas
Trial Court No. 16-12-00464CVF
Honorable Russell Wilson, Judge Presiding

# O R D E R

The court reporter responsible for preparing the reporter's record in this appeal has filed a notification of late record requesting a thirty-day extension to file the reporter's record. The request is GRANTED. The reporter's record must be filed in this appeal no later than July 13, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of June, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court